```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 00417
    ROBIN M WOJCIK
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-6957


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/18/06 and confirmed on 03/17/06.

    2.  The case was dismissed after confirmation, 10/03/2008.

    3.  The Debtor paid a total of $  13850.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | SECURED VEHIC | 19507.00 | 3060.48 | 7630.20 |
| ROBERT CHRISTOPHER DDS | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 1338.41 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2168.07 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 553.69 | .00 | .00 |
| ASSOCIATES IN PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BONAVENTURE MEDICAL FOUN | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 515.63 | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| D&B MRS | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| EYE BOUTIQUE & DOCTORS E | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 348.81 | .00 | .00 |
| CC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 873.46 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| RMK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| LENOX CATALOGS | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |

```
MALCOLM S GERALD              UNSECURED     NOT FILED             .00          .00
MCI WORLDCOM RES SERVICE      UNSECURED     NOT FILED             .00          .00
MIDWEST EMERGENCY ASSOC       UNSECURED     NOT FILED             .00          .00
MERCHANTS CREDIT GUIDE        UNSECURED     NOT FILED             .00          .00
MSN                           UNSECURED     NOT FILED             .00          .00
NATIONWIDE ACCEPTANCE         UNSECURED     NOT FILED             .00          .00
NCO FINANCIAL SRV             UNSECURED     NOT FILED             .00          .00
NCO FINANCIAL SYSTEMS IN      UNSECURED     NOT FILED             .00          .00
NICOR GAS                     UNSECURED     NOT FILED             .00          .00
NORTH SHORE AGENCY            UNSECURED     NOT FILED             .00          .00
RISK MANAGEMENT ALT INC       UNSECURED     NOT FILED             .00          .00
SALVATORE SPINELLI            UNSECURED     NOT FILED             .00          .00
SEAN MORRISSEY                UNSECURED       4355.40             .00        16.77
SHAPEXPRESS FOR WOMAN         UNSECURED     NOT FILED             .00          .00
T MOBILE USA                  UNSECURED        203.52             .00          .00
CLEAR CHECK INC               UNSECURED         53.53             .00          .00
VILLAGE OF BARTLETT           UNSECURED        138.80             .00          .00
VILLAGE OF HANOVER PARK       UNSECURED     NOT FILED             .00          .00
FAIRLANE CREDIT               UNSECURED      14741.59             .00        91.23
TRIAD FINANCIAL CORP          UNSECURED        390.93             .00          .00
```

Summary of disbursements:

|                  | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 19507.00 | .00      | 25681.84  | .00   | 45188.84 |
| PRINCIPAL PAID   | 7630.20   | .00      | 108.00    | .00   | 7738.20  |
| INTEREST PAID    | 3060.48   | .00      | .00       | .00   | 3060.48  |
| TOTAL PAID       | 10690.68  | .00      | 108.00    | .00   | 10798.68 |

The Debtor's attorney, RICHARD S BASS                    , was allowed $   2700.00
and was paid $     200.00   direct and $    2500.00   through the plan.

The Trustee received $     551.32 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/16/09                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   3
    CASE NO. 06 B 00417 ROBIN M WOJCIK
```